STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
NESTOR LUSTRE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00424-RMW |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; [] ORDER** |
| vs. | |
| NESTOR LUSTRE, | |
| Defendant. | |

Plaintiff United States of America, by and through Special Assistant United States Attorney Philip Kopczynski, and Defendant NESTOR LUSTRE ("Mr. Lustre"), by and through his attorney of record, Assistant Federal Public Defender Robert Carlin, hereby stipulate that the status conference in this case should be continued from September 22 to October 20, 2014, at 9:00 a.m.

1. Mr. Lustre has been charged in the above captioned case in a single count Information with a violation of 8 U.S.C. §§ 1326 (a).

2. A status conference before this Honorable Court has been scheduled for September 22, 2014, at 9:00 a.m.

1

1      3. Due to difficulties visiting Mr. Lustre at the Santa Clara County jail, which include
2  failed attempts to visit on August 25 and 29, and September 17, 2014, counsel and Mr. Lustre
3  need additional time to review and discuss the discovery that the government has provided.
4      4. Therefore, Mr. Lustre respectfully requests that the status hearing be continued as
5  requested, and agrees to the exclusion of time from September 22 to October 20, 2014, pursuant
6  to 18 U.S.C. § 3161 (h)(7)(A).
7      5. Accordingly, the parties request that the status hearing be continued to October 20,
8  2014, at 9:00 a.m.

10 IT IS SO STIPULATED.

                                                    Respectfully submitted,

                                                    STEVEN G. KALAR
                                                    Federal Public Defender

                                                    _____/S/_____

Dated: September 18, 2014          ROBERT CARLIN
                                                    Assistant Federal Public Defender

                                                    UNITED STATES ATTORNEY

Dated: September 18, 2014          _____/S/_____
                                                    PHILIP KOPCZYNSKI
                                                    Special Assistant United States Attorney

STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
NESTOR LUSTRE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NESTOR LUSTRE,<br><br>Defendant. | No. CR  14-00424-RMW<br><br>**[] ORDER ON STIPULATION TO CONTINUE STATUS CONFERENCE** |

    1. Mr. Lustre has been charged in the above captioned case in a single count Information with a violation of 8 U.S.C. §§ 1326 (a).

    2. A status conference before this Court has been scheduled for September 22, 2014, at 9:00 a.m.

    3. Due to difficulties visiting Mr. Lustre at the Santa Clara County jail, which include failed attempts to visit on August 25 and 29, and September 17, 2014, counsel and Mr. Lustre need additional time to review and discuss the discovery that the government has provided.

3

1   4. There is good cause for the requested continuance, and the "ends of justice" served by
2   taking such action "outweigh the best interest of the public and the defendant in a speedy trial."
3   18 U.S.C. § 3161 (h)(7)(A). Accordingly, the time from September 22 to October 20, 2014, is
4   excluded pursuant to section § 3161 (h)(7)(A).
5   5. The status hearing in this matter shall be continued to October 20, 2014, at 9:00 a.m.

7   IT IS SO ORDERED.

9   Dated: _____    _____
                                  HON. RONALD M. WHYTE
10                                United States District Judge

4